*Monday, December 30, 1991*
## MOTION DOCKET

**90–291.** State v. Durr. *Cuyahoga County*, No. 57140. UPON CONSIDERATION of the motion filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the exhaustion of state post-conviction remedies,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted, effective December 26, 1991.

IT IS FURTHER ORDERED by the court that said stay is granted for a period of six months to allow appellant an opportunity to file a petition for post-conviction relief. Absent such a filing within said time period, this stay will expire, and no further time will be granted except in unusual circumstances.

IT IS FURTHER ORDERED by the court that if a petition for post-conviction relief has been filed within the time allotted, a date-stamped copy of such petition shall be filed by appellant with the Clerk of this court, and this stay shall remain in effect until exhaustion of all state post-conviction proceedings, including any appeals.

IT IS FURTHER ORDERED by the court that the compliance with the mandate and execution of sentence be, and the same are hereby, stayed for a period of six months or, if a petition for post-conviction relief is filed within that time period, pending the exhaustion of all proceedings for post-conviction relief before courts of this state.

**91–2000.** Williams v. Aetna Finance Co. *Hamilton County*, No. C–900663. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellants' motion to stay all proceedings in the trial court,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted, effective December 26, 1991.

IT IS FURTHER ORDERED that all trial court proceedings, including discovery, are stayed pending the outcome of the appeal before this court.

MOYER, C.J., and DOUGLAS, J., dissent.

*Tuesday, December 31, 1991*
## MOTION DOCKET

**91–2294.** State, ex rel. Weiss, v. Indus. Comm. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of respondents' motion for protective order and/or for extension,

IT IS ORDERED by the court that said motion for protective order be, and the same is hereby, denied, effective December 30, 1991.

SWEENEY, J., dissents and would grant the protective order pending the determination of respondents' motion to dismiss. If the motion to dismiss is denied, the protective order should be lifted and respondents should be given an additional fourteen days to respond to relator's discovery request.

DOUGLAS and WRIGHT, JJ., dissent.

## MISCELLANEOUS DISMISSALS